No. 676. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* FERNANDEZ, DEFENDANT AND APPELLANT.—Appeal from the District Court of San Juan, Section 2, in a prosecution for embezzlement. Decided May 5, 1914. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 1145. PIÑEIRO, FERNÁNDEZ & Co., IN LIQUIDATION, PLAINTIFFS AND RESPONDENTS, *v.* ZAMORANO, DEFENDANT AND APPELLANT.—Appeal from the District Court of San Juan, Section 1, in an action of debt. Motion by the respondent for dismissal of the appeal because of failure to file a transcript of the record. Decided May 7, 1914. Appeal dismissed. *Messrs. Bosch & Soto* for the respondents. The appellant did not appear.

---

No. 1121. LAMBOGLIA, PLAINTIFF AND RESPONDENT, *v.* BENÍTEZ & Co., DEFENDANTS AND APPELLANTS.—Appeal from the District Court of Aguadilla in an action of unlawful detainer. Motion by the respondent for dismissal of the appeal because of the failure of the appellants to deposit the total amount of rent due up to the month of March last. Decided May 7, 1914. Appeal dismissed. *Mr. José Tous Soto* for the respondent. *Mr. C. Domínguez Rubio* for the appellants.